253 So.2d 61

STATE of Louisiana

v.

David Sergeant IRVIN.

No. 51732.

Oct. 13, 1971.

In re: David Sergeant Irvin applying for writ of certiorari, prohibition, mandamus and stay order.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

■

253 So.2d 61

Beulah HEBERT et al.

v.

Kenneth M. STANSBURY et al.

No. 51638.

Oct. 13, 1971.

In re: Kenneth M. Stansbury, Joan Marie Mouton and Marie Frank Elmer,

applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 248 So.2d 873.

Writ refused. A reconsideration under the applicable principles of law would lead to the same result reached by the Court of Appeal.